UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00051-JAM |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| ZURYESS ANTHONY ROBERTS, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00052-JAM |
| Plaintiff, | |
| v. | |
| DIVAYA JAMES TALLEY, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00053-JAM |
| Plaintiff, | |
| v. | |
| ANDERSON PURNELL THURSTON, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00054-JAM |
| Plaintiff, | |
| v. | |
| TAEZON LAURECE SANDERSON, | |
| Defendant. | |

1

| | |
|---|---|
| 1   UNITED STATES OF AMERICA,     ) | |

```
 1   UNITED STATES OF AMERICA,       )
                                     )    Case No. 2:25-cr-00056-DAD
 2                  Plaintiff,       )
                                     )
 3        v.                         )
                                     )
 4   NAPOLEON CURTIS WASHINGTON,     )
                                     )
 5                  Defendant.       )
                                     )
 6   _____)
```

7    Examination of the above-entitled actions reveals that these
8  actions are related within the meaning of Local Rule 123 (E.D. Cal.
9  2005).  Accordingly, the assignment of the matters to the same
10 judge is likely to affect a substantial savings of judicial effort
11 and is also likely to be convenient for the parties.

12    The parties should be aware that relating the cases under
13 Local Rule 123 merely has the result that these actions are
14 assigned to the same judge; no consolidation of the actions is
15 effected.  Under the regular practice of this court, related cases
16 are generally assigned to the judge to whom the first filed action
17 was assigned.

18    IT IS THEREFORE ORDERED that the action denominated
19 Case No. 2:25-cr-00056-DAD be reassigned to Senior Judge John A.
20 Mendez for all further proceedings, and any dates currently set in
21 this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the
22 caption on documents filed in the reassigned case shall be shown as
23 Case No. 2:25-cr-00056-JAM.
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: June 10, 2025         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE