HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ZURYESS ANTHONY ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br> v.  <br> ZURYESS ANTHONY ROBERTS,  <br>  Defendants. | Case No. 2:25-cr-00051-JAM  <br> **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**  <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Jason Hitt, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for ZURYESS ANTHONY ROBERTS, that the sentencing hearing scheduled for August 26, 2025, at 9:00 a.m., be vacated and the matter continued to September 23, 2025, at 9:00 a.m.

The parties request the continuance as counsel for the government is unavailable on August 26th due to training and defense counsel requires additional time to review facts and interview witnesses to prepare for sentencing.

//

//

//

Stipulation and Order				-1-

DATED: August 21, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for OREST SHAYNYUK

DATED: August 21, 2025

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order                    -2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The August 26, 2025 sentencing hearing shall be **CONTINUED** until **September 23, 2025, at 9:00 a.m.**

August 21, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE