1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,                )        Case №: 2:25-cr-00051-JAM
                                         )
9

Plaintiff,                       )
                                         )                **O R D E R**
10

vs.                              )        **APPOINTING COUNSEL**
                                         )
11

ZURYESS ANTHONY ROBERTS          )
                                         )
12

Defendant.                       )
                                         )
13

14

15

The court relieved Douglas Beevers in court on December 9, 2025. CJA Panel attorney

16

**Erin Radekin** is hereby **APPOINTED effective December 15, 2025**, the date the Office of the

17

Federal Defender contacted her.

18

19

Dated:  December 16, 2025

20

JOHN A. MENDEZ,

21

SENIOR UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28