**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
**ZURYESS ANTHONY ROBERTS**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, v. ZURYESS ANTHONY ROBERTS, Defendant. | CASE NO. 2:25-cr-00051-JAM **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jason Hitt, and defendant, Zuryess Anthony Roberts, by and through his counsel of record, Erin J. Radekin, hereby stipulate as follows:

1. This case is currently set for judgment and sentencing on March 10, 2026 at 9 a.m. in the courtroom of the Honorable John A. Mendez.  ECF No. 89.  Ms. Radekin appeared at the last date for judgment and sentencing on February 10, 2026, and informed the Court that she was ready to proceed to sentencing.  *Id.*

2. Ms. Radekin was appointed to represent Mr. Roberts at sentencing and in any future appeal on December 16, 2025.  ECF No. 87.  Prior to the sentencing date on February 10, 2026,

1

Ms. Radekin reviewed the final presentence report and all pleadings and documents related to sentencing, she met with Mr. Roberts and discussed the sentencing issues and whether there were factual inaccuracies in the presentence report, she communicated with trial counsel Douglas Beevers, and she conducted legal research to determine whether the guideline calculation is correct, and whether the sentencing objections and arguments submitted by the defense were supported by the facts and law.  However, she had not and has not to date reviewed all of the trial transcripts and the discovery.  Mr. Roberts has requested that counsel review those items prior to sentencing.

3.  By this stipulation, the parties now agree to continue the date set for judgment and sentencing to May 5, 2026 at 9 a.m. in the courtroom of Judge Mendez to allow Ms. Radekin time to review all of the jury trial transcripts and the discovery prior to sentencing and to conduct further legal research and investigation regarding sentencing or other issues that can be raised prior to sentencing, such as in a new trial motion.

4.  The parties agree and stipulate, and request that the Court vacate the March 10, 2026 date set for sentencing and continue judgment and sentencing until **May 5, 2026 at 9:00 a.m.,** in the courtroom of Judge Mendez.

IT IS SO STIPULATED.

Dated: March 2, 2026                          ERIC GRANT
                                              United States Attorney

                                               /s/ Jason Hitt
                                              JASON HITT
                                              Assistant United States Attorney

Dated: March 2, 2026                           /s/ Erin J. Radekin
                                              ERIN J. RADEKIN
                                              Counsel for Defendant
                                              ZURYESS ANTHONY ROBERTS

2

## ORDER

The Court hereby accepts the stipulation of the parties and **CONTINUES** the judgment and sentencing date in this case to **May 05, 2026, at 9:00 a.m.,** in Courtroom 6, 14th floor, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: March 02, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE