**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
**ZURYESS ANTHONY ROBERTS**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

ZURYESS ANTHONY ROBERTS,

Defendant.

CASE NO. 2:25-cr-00051-JAM

**THIRD STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jason Hitt, and defendant, Zuryess Anthony Roberts, by and through his counsel of record, Erin J. Radekin, hereby stipulate as follows:

1.  This case is currently set for judgment and sentencing on May 5, 2026 at 9 a.m. in the courtroom of the Honorable John A. Mendez pursuant to the Court's order adopting the parties' last stipulation to continue sentencing to allow Ms. Radekin time to review the jury trial transcripts and discovery prior to sentencing, pursuant to Mr. Roberts' request.  ECF No. 93.

2.  Ms. Radekin has reviewed all documents available on Pacer pertaining to the trial and sentencing, and she has begun review of the trial transcripts; however, she has not yet completed

1

review of the transcripts and she has not yet received the discovery, although she has taken steps to obtain the discovery.

3. In about the last 90 days, Ms. Radekin has been appointed in nine (9) 28 U.S.C. § 2241 petitions in this district as appointed counsel. These cases have short deadlines, and there are often strong arguments under federal law that the petitioners' detentions are unlawful; hence, Ms. Radekin has sought to avoid extensive extensions of time in these cases.

4. By this stipulation, the parties now agree to continue the date set for judgment and sentencing to May 5, 2026 at 9 a.m. in the courtroom of Judge Mendez to allow Ms. Radekin time to review all of the jury trial transcripts and the discovery prior to sentencing and to conduct further legal research and investigation regarding sentencing or other issues that can be raised prior to sentencing, such as in a new trial motion.

4. The parties agree and stipulate, and request that the Court vacate the March 10, 2026 date set for sentencing and continue judgment and sentencing until **August 11, 2026 at 9:00 a.m.,** in the courtroom of Judge Mendez.

IT IS SO STIPULATED.

Dated: May 3, 2026                    ERIC GRANT
                                      United States Attorney

                                       /s/ Jason Hitt
                                      JASON HITT
                                      Assistant United States Attorney

Dated: May 3, 2026                     /s/ Erin J. Radekin
                                      ERIN J. RADEKIN
                                      Counsel for Defendant
                                      ZURYESS ANTHONY ROBERTS

**ORDER**

Based on the stipulation of the parties, the judgment and sentencing currently set for May 05, 2026, is **CONTINUED** to **August 11, 2026, at 9:00 a.m.**, in courtroom 6, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: May 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

3