**FILED**
September 08, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NAPOLEON CURTIS WASHINGTON,

Defendant.

Case No. 2:25-cr-00056-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release NAPOLEON CURTIS WASHINGTON, Case No. Napoleon Curtis Washington AM, Charge 18 U.S.C. § 3606, from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____________

______ Unsecured Appearance Bond $ ____________

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

X (Other): **TIME SERVED as of September 11, 2026, at 09:00 AM.**

X Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Dated: September 08, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE